IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**TONY CHILDS**                                                                                 **PLAINTIFF**

**VERSUS**                                                   **CIVIL ACTION NO. 2:08CV77-P-A**

**ENTERGY MISSISSIPPI, INC., AND**
**ENTERGY CORPORATION**                                              **DEFENDANT**

## **FINAL JUDGMENT**

This cause came on for hearing on defendant's Motion for Summary Judgment [118]. The Court, having considered the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Order entered contemporaneously herewith, the Court finds that the defendant's motion is well-taken and should be sustained for the reasons set forth in the defendant's motion and supporting memoranda.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion for Summary Judgment [118] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that this cause is hereby DISMISSED WITH PREJUDICE.

This, the 13th day of August, 2009.

                                                       /s/ W. Allen Pepper, Jr.
                                                       W. ALLEN PEPPER, JR.
                                                       UNITED STATES DISTRICT JUDGE